IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00690-WDM-CBS

TONI BUDYNAS,
CRYSTAL SPAULDING, and
LASAUNIA DENISE LOCKE,

      Plaintiffs,

v.

WAL-MART STORES, INC.,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Caption and Name of the Defendant Pursuant to Rule 15(c)(3) FED.R.CIV.P.  (*doc. no. 13)* is **GRANTED**.  The name of Defendant is amended from Wal-mart Associates, Inc. to Wal-mart Stores, Inc. and all pleadings filed hereafter shall be modified accordingly.

**DATED:**     June 30, 2006