**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00690-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: April 2, 2007** | **Courtroom Deputy:** Ben Van Dyke |

TONY BODYNAS, *et al.*,                                   Andrew T. Brake

   **Plaintiffs,**

v.

WAL-MART STORES, INC.,                              Jeannette MacLeod Brook

   **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:       3:53 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   The Verified Motion for Leave to Modify Scheduling Order [filed March 9, 2007; doc. 30] is granted for the reasons stated on the record.  The plaintiffs shall answer defendant's written discovery by May 4, 2007.  The discovery deadline shall be extended to June 1, 2007.  No other dates shall be reset. The parties shall submit an amended scheduling order to the Court by April 4, 2007 reflecting the above dates and setting forth a joint deposition schedule, which shall not be amended.**

HEARING CONCLUDED.

**Court in Recess:       4:05 p.m.**
Total In-Court Time:     00:12